IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

In the Matter of: )
) Case No. 12-31473-DHW-13
LARRY C. GUNN, and )
ARANITA B. GUNN ) Chapter 13
)
Debtors. )

## MOTION FOR RELIEF FROM AUTOMATIC STAY OF SECTION 362 (a)

COMES NOW, your petitioner, Ditech Financial LLC (hereinafter referred to as "Ditech"), and respectfully represents unto the Court as follows:

1. That the Debtors, Larry C. Gunn and Aranita B. Gunn (hereinafter "the Debtors"), in the above styled cause filed a petition in the United States Bankruptcy Court for the Middle District, Northern Division, the same being Case No. 12-31473-DHW-13.

2. That on March 26, 2008, the Debtors executed a Note and Mortgage which is recorded in Book 2008, Page 21823 in the office of the Judge of Probate of Elmore County, Alabama. A copy of which is attached hereto collectively as Exhibit "A" and incorporated herein by reference.

3. That Ditech avers that the Debtors failed and refused to make payments as set out in the contract and the contract is now in default for the installment months through June, 2016 in the amount of $1,638.55.

4. That Ditech under the terms of its agreements, it retains an interest in the collateral that is superior to the interest of the Trustee. Ditech further avers that there is no value in the collateral herein beyond the indebtedness owed to Ditech and that there is no equity in the said collateral for the estate.

5. Ditech asserts all rights provided by the terms of its Note, Mortgage and Deed of Trust including but not limited to foreclosure and sale of the real property specifically located at 13821 US Highway 231, Wetumpka, Alabama 36092-5230.

6. That Ditech also claims fees and costs for the filing of this motion.

WHEREFORE, PREMISES CONSIDERED, Ditech prays this Honorable Court for an Order granting its above and foregoing motion, and for such further and other relief as this Court deems proper.

/s/ Paul J. Spina, III
Paul J. Spina, III,
Attorney for Ditech Financial LLC

**OF COUNSEL:**
SPINA & LAVELLE, P.C.
One Perimeter Park South, Suite 400N
Birmingham, Alabama 35243
(205) 298-1800

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing motion upon the following by placing the same in the U.S. Mail, postage pre-paid, and via ECF e-mail on this the 28 day of July, 2016.

                                          OF COUNSEL

Richard D. Shinbaum
Attorney at Law
PO Box 201
Montgomery, AL 36101

Curtis C. Reding
Chapter 13 Trustee
PO Box 173
Montgomery, AL 36101

Larry C. Gunn
13821 US Hwy 231
Wetumpka, AL 36092

Aranita B. Gunn
13821 US Hwy 231
Wetumpka, AL 36092