The relief described hereinbelow is SO ORDERED

Done this 8th day of December, 2016.

*Dwight A. Williams, Jr.*

**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**



_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | Case No. 12-31473-DHW-13 |
| LARRY C. GUNN | ) | |
| ARANITA B. GUNN | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | |

## ORDER

This matter was scheduled to come before this Court on a Motion for Relief from Automatic Stay of 11 U.S.C. § 362(a) filed by Ditech Financial LLC (hereinafter "Ditech"). Based upon the pleadings, the Court finds the motion is due to be **DENIED** at this point. This denial is conditioned on the Debtors' timely payment of regular monthly mortgage payments as required under the Note (hereinafter "the Note") including principal, interest, and any and all insurance and escrow. Therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. The Debtors' shall add to their plan the arrears owed to Ditech, for the September, 2016 and October, 2016 installments of $548.07 each, less suspense of $5.59, for a total amount of $1,090.55. The Debtors' shall also add to their plan, fees in the amount of $650.00 and costs in the amount of $176.00 associated with the motion for a total claim of $1,916.55. Ditech shall file a claim for these amounts and the plan is hereby modified to include the arrears, fees and costs in the plan.

2. That beginning with the November, 2016 payment, the Debtors' will make all regular monthly mortgage payments (including principal, interest, and any and all insurance and escrow) as provided for in the Agreement direct to Ditech. In the event Ditech fails to receive any payment of principal, interest or any and all insurance and escrow as described in the preceding paragraphs of this Order on the date it comes due per the terms of the Agreement, then Ditech will send a letter to the Debtors', with a copy to Debtors' Attorney and the Trustee, notifying them of the default and if the Debtors' fail to cure the default within twenty (20) days of the date of the notice of default letter, then relief from the automatic stay of 11 U.S.C. § 362(a) is hereby **GRANTED,** and Ditech, without further order of this Court, shall be entitled to reduce its claim(s) in the bankruptcy case, accelerate the balance due, and foreclose and/or repossess its collateral.

3. The parties agree and acknowledge that the terms of this agreed/stipulated order will not survive the dismissal of the Debtors' bankruptcy case.

###END OF ORDER###

This order was reviewed and approved by the Chapter 13 Trustee, Debtors' Attorney and Creditor's Attorney.

**This Order was prepared by:**
SPINA & LAVELLE, P.C.
One Perimeter Park South, Suite 400N
Birmingham, Alabama 35243
(205) 298-1800